IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| FRANK BRETT,<br>    Plaintiff,<br><br>v.<br><br>U.S. CUSTOMS MARLON MOLLER,<br>*et al.*,<br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION NO. 19-CV-4546** |
|---|---|---|
| FRANK BRETT,<br>    Plaintiff,<br><br>v.<br><br>JUDGE GOLDBERG, *et al.*,<br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION NO. 19-CV-4674** |
| FRANK BRETT,<br>    Plaintiff,<br><br>v.<br><br>McGLAGHLN, *et al.*,<br>    Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | **CIVIL ACTION NO. 19-CV-4799** |

## ORDER

AND NOW, this 23rd day of October, 2019, upon consideration of Plaintiff Frank Brett's Motions to Proceed *In Forma Pauperis* (Civ. A. No. 19-4546, ECF No. 1; Civ. A. No. 19-4674, ECF No. 1; Civ. A. No. 19-4799, ECF No. 1), his *pro se* Complaints (Civ. A. No. 19-4546, ECF No. 2; Civ. A. No. 19-4674, ECF No. 2; Civ. A. No. 19-4799, ECF No. 2), his Motions to seal (Civ. A. No. 19-4546, ECF No. 3; Civ. A. No. 19-4674, ECF No. 3; Civ. A. No. 19-4799, ECF No. 3), and his Motion to Add a Case (Civ. A. No. 19-4674, ECF No. 5) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaints are **DISMISSED WITH PREJUDICE** for the reasons discussed in the Court's Memorandum.

3. The Motions to Seal are **DENIED**.

4. The Clerk of Court is **DIRECTED** to **UNSEAL** these cases and place them on the public docket.

5. The Motion to Add a Case is **DENIED**.

6. The Clerk of Court is **DIRECTED** to **CLOSE** these cases.

7. Within fourteen (14) days of the date of this Order, Brett shall **SHOW CAUSE** by filing a "Response to Show Cause Order" not to exceed ten pages, stating why he should not be subjected to an injunction in this Court that prevents him from filing any new civil non-*habeas* cases on an *in forma pauperis* basis, unless he does so through counsel or unless he becomes incarcerated and he files a lawsuit challenging the conditions of his confinement.

**BY THE COURT:**

_____
**PETRESE B. TUCKER, J.**

2